**Order entered December 21, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00721-CV

**MULTI-HOUSING TAX CREDIT PARTNERS XXXI, Appellant**

**V.**

**WHITE SETTLEMENT SENIOR LIVING, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04532**

## ORDER

Before the Court is appellant's December 15, 2022 motion for extension of time to file its brief. Appellant explains the extension is necessary because the clerk's record is incomplete and the supplemental clerk's record it has requested has not yet been filed.

We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than December 30, 2022, the supplemental clerk's record appellant requested December 13, 2022 and **RESET** the deadline for the filing of

appellant's brief to January 30, 2023 or thirty days after the supplemental clerk's record is filed, whichever is later.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     BILL PEDERSEN, III
         JUSTICE